**Turnover of Creditor Funds**

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

DWAYNE P. SMITH
P. O. Box 8190
NEW ORLEANS, LA 70182-8190

CHECK NUMBER: 1260
DATE: 02/23/07
AMOUNT: ******32,790.18

CASE NUMBER: 01-12901 TMB
ESTATE OF
Debtor: Actel Integrated Communicationss
Joint Debtor: Actel Properties

1754725
PAY TO THE ORDER OF

Clerk of Court
U. S. Bankruptcy Court
Eastern District of Louisiana

Thirty Two Thousand Seven Hundred Ninety Dollars And 18/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001260⑈ ⑆111000012⑆ 3756118667⑈

---

Check Number: 1260 | Amount: 32,790.18

TMB
Communicationss

Trustee: DWAYNE P. SMITH
P. O. Box 8190
NEW ORLEANS, LA 70182-8190

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 221697  — KW
* * C O P Y * *
March 02, 2007
12:43:01

**TREASURY REGFUND**
**01-12901**
Debtor.: ACTEL INTEGRATED COMMUNICATION
Amount.:           $32,790.18 CH
Check#.: 1260

Total—> $32,790.18

FROM: DWAYNE SMITH

$32790.18
deposited to
Treasury 6047BK
on 3/2/07

DWAYNE P. SMITH
Chapter 7 Bankruptcy Trustee
P. O. Box 8190
New Orleans, Louisiana 70182-8190
(504) 309-0632
dsmith467@cox.net

Clerk of Court
U. S. Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Bldg.
500 Poydras Street, Suite B601
New Orleans, Louisiana 70130

Re: Turnover of Unclaimed Creditor Funds; Actel Integrated Communications 01-12901

Dear Clerk:

Attached is a check payable to you for $32,790.18. The funds belong to creditors in the referenced case who did not cash their distribution checks within 90 days of issuance. I've made attempts to locate these creditors to no avail.

| Creditor | Claim # | Distribution Amount |
| --- | --- | --- |
| Prudential | 304 | $387.77 |
| Blanchet B. Benjamin | 284 | $4,110.26 |
| Theodore Hall | 246 | $2,067.61 |
| Someria Communications | 227 | $6,872.90 |
| Origin Systems Inc. | 221 | $7,560.16 |
| Crystal Springs | 170 | $69.57 |
| Charette Prographics | 168 | $69.44 |
| Bay Shore Fluid Power | 140 | $74.70 |
| One Source | 131 | $2,611.03 |
| Sunrise Telecom | 111 | $2,049.01 |
| J. Meyer Office Supply | 110 | $24.68 |
| Simpson, Thacher, Bartlett | 101 | $5,539.44 |
| Folage Design System | 82 | $165.02 |
| D D Lawn Service | 36 | $192.20 |
| Plant Man | 27 | $83.29 |
| UMX Marketing Firm | 5 | $60.25 |
| Theodore Hall | 246 | $852.85 |

Please call if you have any questions.

Sincerely,
Dwayne P. Smith