# United States Bankruptcy Court
## Eastern District of Louisiana

To:  Robert M. Langham                                    Case Number:  01-12901

Debtor(s):  Actel Integrated Communications, Inc.                    Chapter:  11

### NOTICE OF DEFICIENCY

Your "Motion for Payment of Unclaimed Funds" is deficient for the following reason(s):

☒        You must provide additional documentation to the Court that you are entitled to these funds.  You can use an old bill or invoice showing your address at the time of the case filing and explain how you are associated with Actel Integrated Comm.

If you have any questions, you may contact someone in our Financial Section at 504-589-7862.

By: Mitzie Boudreaux/589-7837
Deputy Clerk

Date: February 5, 2010