UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE Actel Integrated
Debtor(s)

BANKRUPTCY CASE NO. 01-12901

CHAPTER

2010 MAR 15 P 1:17

CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, Robert M. Langham, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On 3/2/07, the trustee of this estate deposited the sum of $852.85, belonging to Robert M. Langham, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Robert M. Langham at the following address: 8787 Parliament Circle Daphne, AL 36526.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

3/10/2010

Robert M. Langham
8787 Parliament Circle
Daphne, AL 36526
(251) 626-9948

Subscribed and Sworn Before Me this 10th day of March, 2010.

Wanda Lanell Chastang
Notary Public in and for the State of Alabama
My commission expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 30, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE ACTEL INTEGRATED COMMUNICATIONS

Debtor(s)

BANKRUPTCY CASE NO. 01-12901

CHAPTER

## CERTIFICATE OF SERVICE

I, Robert M. Langham, certify that on 3/10/2010, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Robert M. Langham
8787 Parliament Circle
Daphne, AL 36526
(251) 626-9948