UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

ACTEL INTEGRATED COMMUNICATIONS, INC.

DEBTOR(S)

BANKRUPTCY NO.

01-12901

SECTION "A"
CHAPTER 7

## ORDER

Considering the Motion for Payment of Unclaimed Funds filed by Robert M. Langham (P-1200);

The Court having reviewed the Motion and having determined that the funds are property of the estate to be administered by the Chapter 7 Trustee in the claimant's bankruptcy case in Alabama;

IT IS ORDERED that the Motion for Payment of Unclaimed Funds filed by Robert Langham is DENIED.

New Orleans, Louisiana, May 25, 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge