# VOUCHER AND SCHEDULE OF PAYMENTS

H   SF 1166 OCR
    4 TFRM 2000
    (Rev. 5-84)
    1166-126

| DEPARTMENT OR ESTABLISHMENT | | D.O. VOU. NO. (TRANSP) |
|---|---|---|
| BUREAU OR OFFICE | | |
| LOCATION OF TRANSMITTING OFFICE | | |

PURSUANT TO AUTHORITY VESTED IN ME. I CERTIFY THAT THE ITEMS LISTED HEREIN ARE CORRECT AND PROPER FOR PAYMENT FROM THE APPROPRIATION (S) DESIGNATED HEREON OR ON SUPPORTING VOUCHERS.

PAID BY

_____ _____
DATE                     AUTHORIZED CERTIFYING OFFICER

APPROPRIATION SUMMARY

ALIGN AREA                                                           ALIGN AREA

| FONT | SHEET | OF | AGENCY STATION NO. | SCHEDULE NUMBER | FOR D.O. USE ONLY |
|---|---|---|---|---|---|
| | | | | | P  D  O  SUFFIX |

**GRAND TOTAL**     **NO-CHECK TOTAL**

| PAYEE AND IF NECESSARY, ADDRESS, INVOICE NUMBER, OTHER IDENTIFICATION | AMOUNT | NO. CHECK | VOUCHER NO. |
|---|---|---|---|
| LINES 1, 3, 5, AND 7          LINES 2, 4, 6 AND 8 | | | |

5
4
3
2
1
0

| D.O. CHECK NUMBERS | BEGINNING | ENDING | BEGINNING | ENDING |
|---|---|---|---|---|
| | USE FOR FIRST CHECK SERIAL NUMBER RANGE | | USE FOR SECOND CHECK SERIAL NUMBER RANGE IF APPLICABLE | |